UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GARY HIDALGO CAMPOS, on behalf of himself and other similarly situated individuals,

                Plaintiff,

-against-

R.J. DELIVERY SERVICES, INC., and JOSEPH CAIN,

                Defendants.

-------------------------------------------------------------------X

18-Civ-04001(ADS)(ARL)

**Notice of Voluntary Dismissal**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 22 2019 ★
LONG ISLAND OFFICE

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff respectfully requests the Court to dismiss Plaintiff's complaint with prejudice, and without costs, disbursements, or attorneys' fees to either party as against the other pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 19, 2019

                COREY STARK PLLC

                /s/ Corey Stark
                By: Corey Stark (CS-3897)
                *Attorneys for Plaintiff*
                110 East 59th Street, 22nd Floor
                New York, New York 10022
                (212) 324-3705

Case closed. SO ORDERED.

/s/ Arthur D. Spatt
_____
Arthur D. Spatt, U.S.D.J.

4/22/19
_____
Date